IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANN ELIZABETH HOWARD, et al.,

    Plaintiffs,

    v.

GREGORIO FELICIANO, et al.,

    Defendants.

CIVIL NO. 05-1928 (RLA)

*Received & Filed in Open Court 8/25/08 at 2:34 pm*

## VERDICT FORM

**CLAIMS UNDER TITLE VI**

I.  Do you find from the preponderance of the evidence presented defendants **THE COMMONWEALTH OF PUERTO RICO** and **THE PUERTO RICO DEPARTMENT OF EDUCATION** liable to plaintiff pursuant to the provisions of **TITLE VI**?

YES ✓          NO ____

II.  If your answer to **Question No. I** was **YES**, do you find that plaintiff suffered compensatory damages as a result thereof? If YES, please indicate the amount of such compensatory damages. If your answer to **Question No. I** was **NO**, go no further with this Question and proceed to Question No. III.

YES ✓          NO ____

AMOUNT $ 1,000,000.00

**CIVIL NO. 05-1928 (RLA)**                                                     Page 2

---

## NEGLIGENCE CLAIMS UNDER ART. 1802

III. Do you find from the preponderance of the evidence presented that GREGORIO FELICIANO is liable to plaintiff pursuant to the provisions of **art. 1802?**

   YES  ✓             NO  _____

IV. If your answer to **Question No. III** was **YES**, do you find that plaintiff suffered compensatory damages as a result thereof? If YES, please indicate the amount of such compensatory damages. If your answer to **Question No. III** was **NO**, go no further with this Question and proceed to sign this Verdict Form.

   YES  ✓             NO  _____

   AMOUNT  $ 25,000.00


Date 25/08/08                            _____
                                              Foreperson